UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

   - v. -                       :

GREGORY RORKE,                   :

         Defendant.            :

- - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT
BY GRAND JURY**

15 Cr. CRIM 011

     Defendant Gregory Rorke, who is accused of violating Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Sections 1343 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated: New York, New York
       January 8, 2015

                                  GREGORY RORKE
                                  Defendant

                                  MICHAEL TREMONTE, ESQ.
                                  Attorney for Rorke

                                  Witness